IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-675-JLK**

**COSTCO WHOLESALE CORPORATION,**

    Plaintiff,

v.

**NATIVE FLORAL, LLC, a Delaware corporation,**

    Defendant.

## ORDER GRANTING MOTION TO COMPEL ARBITRATION

Kane , J.

This matter is before me on Defendant's Motion to Compel Arbitration and Stay Civil Action (Doc. 9). Plaintiff agrees the parties' dispute is subject to arbitration, but asks that any order compelling it also recognize the requirement that any such arbitration take place in King County, Washington. Rather than inject myself into the specific forum selection/venue requirements of the arbitration agreement, I limit my ruling to the arbitration and stay request only, and do not address any of the specific mechanisms or procedures for arbitration that may be set forth in the agreement.

The Motion to Compel Arbitration is GRANTED, and this civil action is STAYED pending compliance with the arbitration provisions of the parties' Vendor Agreement.

Plaintiff shall cause a Joint Status Report to be filed January 1, 2010, setting forth the status of the arbitration or settlement, with further Joint Status Reports due quarterly thereafter.

Dated:  September 14, 2009                     **s/John L. Kane**
                                                SENIOR U.S. DISTRICT JUDGE