IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-675-JLK**

**COSTCO WHOLESALE CORPORATION,**

    Plaintiff,

v.

**NATIVE FLORAL, LLC, a Delaware corporation,**

    Defendant.

## ORDER OF DISMISSAL

Kane , J.

This matter is before me on the Stipulated Motion to Dismiss without Prejudice (doc. 24), filed August 12, 2010. The Motion is GRANTED. It is

ORDERED that this case is DISMISSED WITHOUT PREJUDICE, the parties to bear their own costs and attorney fees.

Dated: August 13, 2010        **s/John L. Kane**

                                          SENIOR U.S. DISTRICT JUDGE